UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOTTLIEB, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> SECURITIES AND EXCHANGE COMMISSION, <br><br> Defendant. | No. 23 CV 8689 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Plaintiffs' motion, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss the above-titled action without prejudice.  (Dkt. no. 47.)  Plaintiffs' motion is hereby GRANTED.

    The Clerk of the Court shall mark this action as closed and deny any pending motions as moot.

**SO ORDERED.**

Dated:    January 2, 2024
           New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge